UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT DANIEL HOPPER,       ) | CASE NO. C05-1812RSL |
| ) | |
| Petitioner,       ) | |
| ) | |
| v.       ) | |
| ) | ORDER DENYING PETITIONER'S |
| NEIL CLARK,       ) | MOTION TO COMPEL |
| ) | PRODUCTION |
| Respondent.       ) | |
| _____ ) | |

This matter comes before the Court on petitioner's "Motion for to [sic] Compel Production of the Certified Birth Certificate of the Petitioner to this Court and One Copy to the Petitioner." Dkt. # 72. The above-captioned matter having been dismissed, the motion to compel is DENIED as moot.

DATED this 5th day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL
PAGE -1