UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
VINCENT DANIEL HOPPER, now        )
known as ANTOLIN ANDREW MARKS,    )
                                  )    Case No. C05-1812RSL
                    Petitioner,   )
        v.                        )
                                  )    ORDER GRANTING MOTION
NEIL CLARK, *et al.*,             )    FOR RECONSIDERATION AND
                                  )    REFERRING MATTER TO
                    Respondents.  )    MAGISTRATE JUDGE
_____)

On or about June 5, 2006, the Court issued an order adopting the Report and Recommendation of the Honorable Magistrate Judge Mary Alice Theiler in the above-captioned matter. Petitioner filed a timely motion to reopen the case, which the Court has considered as a motion for reconsideration. The order adopting the Report and Recommendation erred: petitioner had been returned to the Northwest Detention Center and US Immigration and Customs Enforcement custody on April 11, 2006. His removal proceedings were reopened on May 2, 2006, making dismissal on the grounds of mootness inappropriate.

Pursuant to Local Civil Rule 7(h)(3), respondents were given an opportunity to respond to petitioner's motion for reconsideration. No response having been filed, petitioner's motion for reconsideration is GRANTED. The above-captioned matter is hereby reopened and

ORDER GRANTING MOTION FOR
RECONSIDERATION AND REFERRING
MATTER TO MAGISTRATE JUDGE

referred to Judge Theiler for consideration of respondents' original motion to dismiss (Dkt. # 34).

DATED this 17th day of July, 2006.

*MrT S Lasnik*
Robert S. Lasnik,
United States District Judge

ORDER GRANTING MOTION FOR
RECONSIDERATION AND REFERRING
MATTER TO MAGISTRATE JUDGE           -2-